RECEIVED
IN MONROE, LA

MAR 1 5 2023

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Mr. Kenyon A. Cowart

Plaintiff

VS.

Courtesy of Ruston LLC

Defendant

Civil Action No. _3:23 cv 0343_

Judge _____

Magistrate Judge _____

**COMPLAINT**
**UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

A.    Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.  Attach an additional sheet, if necessary.

I was discriminated against. I was the only black mechanic / technician in my department. The shop forman and supervisor was handing out work orders to everyone but me from day I was hired to the day I was fired. I would complain every week to upper management about me not getting any work and nothing was done about it

B.    Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?    Yes [X]    No [ ]

C.    Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?    Yes [X]    No [ ]

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received:  Jan. 23, 2023

Page 1 of 2

*(Rev. 12/6/12)*

D.   Have you received from the EEOC a copy of its determination with regard to your charges?

Yes [ X ]   No [ ]

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

_____

_____

_____

E.   Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____

_____

_____

_____

F.   Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date:  MARCH 2, 2023

_Kenyun Conant_
**(Signature)**

39 OAKWOOD DR
**(Street Address or P.O. Box)**

MONROE, LA 71203
**(City, State, Zip Code)**

318 - 805-4744
**(Area Code)   (Telephone Number)**

_MaKayla Carroll_
**(Witness)**

_Konni Pickerson_
**(Witness)**